# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1803

_____

La Belle Dairy, LLC

Plaintiff - Appellee

v.

Sharpe Holdings, Inc.; Charles N. Sharpe, Jr. Foundation

Defendants - Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:25-cv-00014-HEA)

---

**JUDGMENT**

Before KELLY, ARNOLD, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court granting the preliminary injunction in this cause is affirmed in accordance with the opinion of this Court.

July 23, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler