# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1803

La Belle Dairy, LLC

Appellee

v.

Sharpe Holdings, Inc. and Charles N. Sharpe, Jr. Foundation

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:25-cv-00014-HEA)

---

## MANDATE

In accordance with the opinion and judgment of July 23, 2026, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

August 13, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit